IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| ADAM WADE CRUTCHLEY, also known as HEATHER CRUTCHLEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CERT OFFICER SULLENS, *et al.*, <br><br> Defendants. | No. 4:19-cv-00215-CDL-MSH |

## ORDER

Plaintiffs Adam Wade Crutchley, also known as Heather Crutchley, and Jimmy Wesley Parker, also known as Madison Nicole Parker, inmates in the Rutledge State Prison in Columbus, Georgia, have filed a handwritten document, which has been docketed as a complaint seeking relief under 42 U.S.C. § 1983. Compl., ECF No. 1. As neither Plaintiff has paid the $400.00 filing fee, it appears that Plaintiffs intended to proceed *in forma pauperis* in this action. Neither Plaintiff, however, has filed a motion for leave to proceed *in forma pauperis*.

Regardless, the Prison Litigation Reform Act of 1995 (the "PLRA") requires that a prisoner bringing a civil action *in forma pauperis* be responsible for the Court's filing fee. 28 U.S.C. § 1915(b). Additionally, the Eleventh Circuit Court of Appeals has held that prisoners proceeding *in forma pauperis* are not allowed to join together as plaintiffs in a single lawsuit and pay only a single filing fee. Instead, each prisoner must file his own

lawsuit and pay the full filing fee. *Hubbard v. Haley*, 262 F.3d 1194, 1198 (11th Cir. 2001) (affirming the district court's dismissal of a multi-plaintiff action under the PLRA on the ground "that each plaintiff had to file a separate complaint and pay a separate filing fee"). As the Eleventh Circuit noted in *Hubbard*, requiring each plaintiff to pay the full filing fee is consistent with Congress's purpose of imposing costs on prisoners to deter frivolous suits. *Id.* at 1197-98.

Plaintiffs are therefore not permitted to proceed in an action together *in forma pauperis*. As it does not appear that the applicable statute of limitations would bar Plaintiffs' claims if the Court requires Plaintiffs to refile their complaints, the complaint is now **DISMISSED WITHOUT PREJUDICE**. Each Plaintiff may file a <u>separate</u> complaint, asserting only claims personal to that Plaintiff. Each Plaintiff must also either pay the filing fee or submit a proper motion to proceed *in forma pauperis* in any new action that is filed.

**SO ORDERED,** this 28th day of January, 2020.

s/Clay D. Land
CLAY D. LAND
CHIEF U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA